

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Pamela Lou Burden, Appellant

No. 06-13-00024-CV      v.

Steven Bradley Burden, Appellee

Appeal from the 62nd District Court of Delta County, Texas (Tr. Ct. No. 10614). Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Pamela Lou Burden, has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED DECEMBER 31, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk